IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff-Appellee ) | |
| ) | |
| v. ) | Record No. 14-4562 |
| ) | |
| RAUF ABDUL SALAM ) | |
| ) | |
| Defendant-Appellant ) | |

**APPELLANT'S UNOPPOSED MOTION
FOR ENLARGEMENT OF TIME**

Now comes the appellant, Rauf Abdul Salam, by his Court-appointed counsel, and moves the Court to grant him a 30 day enlargement of time in which to file his appellant's brief and joint appendix, i.e., from October 3, 2014, to November 3, 2014. The appellant's counsel moves for this extension on the grounds that he has had an unusually large number of professional commitments in September, including but not limited to a seven day jury trial in the United States District Court for the Western District of Virginia that continues this date.

The undersigned has been authorized to represent that counsel for the United States does not oppose this request for a 30 day extension.

Wherefore, the appellant respectfully prays for an enlargement of time in which to file his opening brief and the joint appendix from October 3, 2014, to November 3, 2014.

Respectfully submitted,

/s/Paul G. Beers
Paul G. Beers

Paul G. Beers (VSB # 26725)
Glenn, Feldmann, Darby & Goodlatte
37 Campbell Avenue, S.W.
P. O. Box 2887
Roanoke, Virginia 24001-2887
Telephone (540) 224-8000
Facsimile (540) 224-8050
E-mail: pbeers@glennfeldmann.com

Counsel for the Appellant

## **CERTIFICATE OF FILING AND SERVICE**

I hereby certify that on this 23rd day of September, 2014, I caused the Appellant's Unopposed Motion for Enlargement of Time to be filed electronically with the Clerk of the Court using the CM/ECF System, which will send notice of such filing to the following registered CM/ECF users:

R. Andrew Bassford, Esq.
Assistant United States Attorney
Office of the U.S. Attorney
Post Office Box 1709
Roanoke, Virginia 24008
(540) 857-2250

/s/Paul G. Beers
*Counsel for Appellant*