FILED: September 23, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-4562

(7:12-cr-00073-GEC-2)

_____

UNITED STATES OF AMERICA

       Plaintiff - Appellee

v.

RAUF ABDUL SALAM, a/k/a Pierre Demaro Banks, a/k/a Radio

       Defendant - Appellant

_____

O R D E R

_____

The court grants an extension of the briefing schedule as follows:

Appendix due: 11/03/2014

Opening brief due: 11/03/2014

Response brief due: 11/26/2014

Any reply brief: 10 days from service of response brief.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk