IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Plaintiff-Appellee )<br>)<br>v. )<br>)<br>RAUF ABDUL SALAM )<br>)<br>Defendant-Appellant ) | Record No. 14-4562 |

## APPELLANT'S MOTION FOR LEAVE
## TO FILE OVERSIZED JOINT APPENDIX

Now comes the appellant's Court appointed counsel and moves this Court for permission to file an oversized appendix. In support of this motion, the appellant states as follows:

1. The joint appendix is oversized because it includes part of the trial transcript and numerous trial exhibits.

2. The joint appendix is 855 pages including covers and tables. It includes only materials essential to the Court's evaluation of the issues.

The undersigned counsel has been authorized to represent that counsel for the United States does not oppose the filing of the oversized joint appendix.

WHEREFORE, the appellant respectfully requests permission to file an oversized joint appendix.

Respectfully submitted,

/s/Paul G. Beers
Paul G. Beers

Paul G. Beers (VSB # 26725)
Glenn, Feldmann, Darby & Goodlatte
37 Campbell Avenue, S.W.
P. O. Box 2887
Roanoke, Virginia 24001-2887
Telephone (540) 224-8000
Facsimile (540) 224-8050
E-mail: pbeers@gfdg.com

Counsel for the Appellant

## **CERTIFICATE OF FILING AND SERVICE**

I hereby certify that on this 24th day of October, 2014, I caused the Appellant's Motion for Leave to File Oversized Joint Appendix to be filed electronically with the Clerk of the Court using the CM/ECF System, which will send notice of such filing to the following registered CM/ECF users:

R. Andrew Bassford, Esq.
Assistant United States Attorney
Office of the U.S. Attorney
Post Office Box 1709
Roanoke, Virginia 24008
(540) 857-2250

/s/Paul G. Beers
*Counsel for Appellant*

2