FILED: October 27, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-4562

(7:12-cr-00073-GEC-2)

_____

UNITED STATES OF AMERICA

       Plaintiff - Appellee

v.

RAUF ABDUL SALAM, a/k/a Pierre Demaro Banks, a/k/a Radio

       Defendant - Appellant

_____

O R D E R

_____

Appellant has filed a motion to exceed the length limitations established by this court's Local Rule 32(a) for the joint appendix.

The court grants appellant leave to file a joint appendix not to exceed 855 pages.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk